NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TODD J. SCHOENROGGE,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3126, -3143

---

Petitions for review of the Merit Systems Protection Board in case nos. DA3330090467-C-1 and DA1221100611-W-1.

---

## ON MOTION

---

## ORDER

The Department of Justice moves to consolidate the above-captioned cases. Schoenrogge opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Respondent's brief is due 21 days after the date of this order or the filing of petitioner's brief in appeal no. 2011-3143, whichever is later.

FOR THE COURT

JUL 2 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael P. Goodman, Esq.
    Todd J. Schoenrogge

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 5 2011

JAN HORBALY
CLERK